Erica L. Rosasco (SBN 220836)
erica@mckaguerosasco.com
Javier J. Castro (SBN 306294)
javier@mckaguerosasco.com
**MCKAGUE | ROSASCO LLP**
1217 Pleasant Grove Blvd., Ste. 120
Roseville, CA 95678
Telephone: (916) 672-6552
Facsimile: (916) 672-6563

Attorneys for Defendant
ADVANCE SERVICES, INC.

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURIEL DAVIS,<br><br>                    Plaintiff,<br><br>v.<br><br>ADVANCE SERVICES, INC.; ARCHER-DANIELS-MIDLAND CO.; ARCHER DANIELS MIDLAND COMPANY; ADM RICE, INC.; ADM MILLING COMPANY; RUSH PERSONNEL SERVICES, INC.; JOHNNY BARNETT; JANETTE ESCALANTE; MATTHEW HOUSE; OMAR ROSALES; CARLOS GUERRERA,<br><br>                    Defendants. | Case No. 2:22-cv-00343-MCE-JDP<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT ADVANCE SERVICES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 144 of the Local Rules for the United States District Court, Eastern District of California, Plaintiff DURIEL DAVIS and Defendant ADVANCE SERVICES, INC., hereby stipulate and agree as follows:

WHEREAS, on February 22, 2022, Plaintiff filed a complaint, alleging five causes of action against Defendant under state and federal law,

///

WHEREAS, on April 15, 2022, Plaintiff served a copy of the summons and complaint, making Defendant's response to the complaint due May 6, 2022;

WHEREAS, Defendant's counsel will be in trial from April 25, 2022 through May 6, 2022 in the Superior Court of California, County of Placer;

WHEREAS, Defendant has not obtained nor requested any previous extensions to respond to the complaint;

WHEREAS, the additional time is necessary for Defendant to have a meaningful opportunity to review and respond to Plaintiff's complaint;

WHEREAS, Defendant has acted diligently in requesting this extension;

WHEREAS, Plaintiff will not suffer any prejudice from the delay caused by this extension;

NOW, THEREFORE, the parties hereby stipulate and agree that Defendant shall have 21 additional days to respond to Plaintiff's complaint.  Defendant shall file a response by May 27, 2022.

IT IS SO STIPULATED.

Dated:  April 27, 2022                    **MCKAGUE | ROSASCO LLP**

                                          */s/ Erica L. Rosasco*
                                          Erica L. Rosasco
                                          Javier J. Castro
                                          Attorneys for Defendants
                                          ADVANCE SERVICES, INC.

Dated:  April 27, 2022                    **MASTAGNI HOLSTEDT**

                                          */s/ Grant A. Winter (as authorized on April 27, 2022)*
                                          Grant A. Winter
                                          Attorney for Plaintiff DURIEL DAVIS

STIPULATION TO EXTEND TIME FOR DEFENDANT ADVANCE SERVICES, INC. TO RESPOND TO PLAITINFF'S COMPLAINT; ORDER

**ORDER**

IT IS HEREBY ORDERED that Defendant ADVANCE SERVICES, INC. shall file a response to Plaintiff's complaint by May 27, 2022.

IT IS SO ORDERED.


Dated:  April 28, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TIME FOR DEFENDANT ADVANCE SERVICES, INC. TO RESPOND TO PLAITINFF'S COMPLAINT; ORDER