# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURIEL DAVIS,<br><br>            Plaintiff,<br><br>vs.<br><br>ADVANCE SERVICES, INC., a corporation; ARCHER-DANIELS-MIDLAND CO., a corporation; ARCHER DANIELS MIDLAND COMPANY; ADM RICE, INC., a corporation; ADM MILLING COMPANY, a corporation; RUSH PERSONNEL SERVICES, INC., a corporation; JOHNNY BARNETT, an individual; JANETTE ESCALANTE, an individual; MATTHEW HOUSE, an individual; OMAR ROSALES, an individual; CARLOS GUERRERA, an individual; and, DOES 1 through 100 inclusive,<br><br>            Defendants. | Case No. 2:22-cv-00343-MCE-JDP<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS ARCHER-DANIELS-MIDLAND COMPANY, ADM RICE, INC., AND ADM MILLING COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: February 22, 2022<br>Complaint Served: August 22, 2022<br>Current Response Date: February 10, 2023<br>New Response Date: April 7, 2023 |

Plaintiff Duriel Davis ("Plaintiff") and Defendants Archer-Daniels-Midland Company, ADM Rice, Inc., ADM Milling Company, Janette Escalante, Johnny Barnett, and Matthew House (collectively, "ADM Defendants") (Plaintiff and ADM Defendants collectively referred to as the "Parties"), submitted a Stipulation to Extend Time to Respond to Complaint. The Court, having considered the Parties' Stipulation, and for good cause appearing, hereby GRANTS the Stipulation. Defendants' responsive pleading deadline shall be extended from February 10, 2023, to April 7, 2023.

**IT IS SO ORDERED.**

**Dated: February 11, 2023**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE