DAVID P. MASTAGNI (SBN 57721)
GRANT A. WINTER (SBN 266329)
**MASTAGNI HOLSTEDT, A.P.C.**
1912 I Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
*Email:* gwinter@mastagni.com

Attorneys for Plaintiff DURIEL DAVIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURIEL DAVIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADVANCE SERVICES, INC., a corporation; ARCHER-DANIELS-MIDLAND CO., a corporation; ARCHER DANIELS MIDLAND COMPANY; ADM RICE, INC., a corporation; ADM MILLING COMPANY, a corporation; RUSH PERSONNEL SERVICES, INC., a corporation; JOHNNY BARNETT, an individual; JANETTE ESCALANTE, an individual; MATTHEW HOUSE, an individual; OMAR ROSALES, an individual; CARLOS GUERRERA, an individual; and, DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-00343-MCE-JDP<br><br>**PLAINTIFF DURIEL DAVIS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT**<br>[FRCP 15(d)]<br><br>Hearing Date: October 5, 2023<br>Time: 10:00AM<br>Courtroom: 7 |

**TO THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT**, on October 5, 2023, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Morrison C. England, Jr., in Courtroom 7 of the United States District Court for the Eastern District of California, located at

1

PLAINTIFF DURIEL DAVIS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A
SUPPLEMENTAL COMPLAINT

501 I Street, Sacramento, CA 95814, Plaintiff Duriel Davis will and hereby does move the Court for an order granting leave to file supplemental pleadings pursuant to Federal Rule of Civil Procedure 15(d).

This motion is based upon this Notice of Motion and Motion, Mr. Davis' Memorandum of Points and Authorities, the Declaration of Grant A. Winter, and the Proposed First Amended and Supplemental Complaint, which is attached to the Declaration of Grant A. Winter as Exhibit A.

Dated:  August 18, 2023                     **MASTAGNI HOLSTEDT, A.P.C**

By /s/ Grant A. Winter
GRANT A. WINTER
Attorneys for Plaintiff
Duriel Davis