**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DURIEL DAVIS,<br><br>      Plaintiff,<br><br>v.<br><br>ADVANCE SERVICES, INC., a corporation; ARCHER-DANIELS-MIDLAND CO., a corporation; ARCHER DANIELS MIDLAND COMPANY; ADM RICE, INC., a corporation; ADM MILLING COMPANY, a corporation; RUSH PERSONNEL SERVICES, INC., a corporation; JOHNNY BARNETT, an individual; JANETTE ESCALANTE, an individual; MATTHEW HOUSE, an individual; OMAR ROSALES, an individual; CARLOS GUERRERA, an individual; and, DOES 1 through 100 inclusive,<br><br>      Defendants. | Case No. 2:22-cv-00343-MCE-JDP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF DURIEL DAVIS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT**<br>[FRCP 15(d)]<br><br>Hearing Date: October 5, 2023<br>Time: 10:00AM<br>Courtroom: 7 |

     **PLEASE TAKE NOTICE THAT**, on October 5, 2023, at 10:00 a.m., matter of Plaintiff Duriel Davis's motion for an order granting leave to file supplemental pleadings pursuant to Federal Rule of Civil Procedure 15(d) came before the Court. Based upon the moving papers and arguments presented at oral argument, the Court finds good cause to Grant the motion. It is

1

[PROPOSED] ORDER GRANTING PLAINTIFF DURIEL DAVIS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT

hereby Ordered that Plaintiff may file his FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR DAMAGES within 10 days of this Order. Defendants must thereafter file responsive pleadings within 21 days.

It is so ordered.

Dated:

**Hon. Morrison C. England Jr.**

---

2

[PROPOSED] ORDER GRANTING PLAINTIFF DURIEL DAVIS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT